UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-008-WFN-33 |
| Plaintiff, | ORDER DENYING MOTION FOR TRAVEL |
| vs. | |
| NARCISSA LEANE RAMZY, a/k/a GREENIDGE, | |
| Defendant. | |

Defendant seeks permission to travel to the U.S. Virgin Islands and St. Thomas for her honeymoon. ECF. No. 917. The United States opposes the Motion. The charges against Defendant are very serious, and Defendant's proposal is not sufficiently structured to permit close supervision. The Motion, **ECF No. 917,** is **DENIED.**

**IT IS SO ORDERED.**

DATED May 3, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1