UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-008-WFN-33 |
| Plaintiff, | **ORDER DENYING** |
| vs. | **DEFENDANT'S RENEWED** |
| NACRISSA GREENIDGE, aka | **REQUEST TO TRAVEL** |
| Nacrissa Ramsey, | |
| Defendant. | |

Before the court is defendant's renewed Motion for Permission to Travel to the U.S. Virgin Islands for her honeymoon.  For the reasons stated in the previous orders denying (ECF No. 928 and No. 1025) and having considered the latest Supplemental Pretrial Services Report (ECF 1213) and the arguments of the parties, the undersigned is unable to conclude defendant will be supervisable.   The lastest Pretrial Services Report notes she has missed two appointments with her Supervising Pretrial Services Officer.  The Motion  (ECF No. 1193) is **DENIED.**

DATED July 19, 2013.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1